# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

E. JEAN CARROLL,
        Plaintiff-Appellee,

v.

DONALD J. TRUMP, in his personal capacity,
        Defendant-Appellant,

UNITED STATES OF AMERICA
        Movant-Appellant.

No. 20-3977, 20-3978

## MOVANT-APPELLANT'S NOTIFICATION PURSUANT TO CIRCUIT RULE 31.2

Pursuant to Second Circuit Rule 31.2, we write to respectfully request that the Court order the brief of the United States to be submitted on or before January 15, 2021, which is less than 91 days from the "ready date" in this case, which was December 9, 2020.

          Respectfully submitted,

          MARK B. STERN
          /s/ *Joshua M. Salzman*
          JOSHUA M. SALZMAN
             202-532-4747
            *Attorneys, Appellate Staff*
            *Civil Division*
            *U.S. Department of Justice*
            *950 Pennsylvania Ave., NW,*
            *Washington, DC 20530*

DECEMBER 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Joshua M. Salzman*
Joshua M. Salzman